THOMAS F. KERRIGAN, Respondent, v. VANDAM WAREHOUSE CO., INC., Appel-

lant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.